## MARKET AMERICA, INC. v. CHRISTMAN-ORTH

No. 523P99

Case below: 134 N.C.App. 234

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Justice Martin recused.

## MARLEY v. GRAPER

No. 562P99

Case below: 135 N.C.App. 423

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.

## MILLIGAN v. STATE

No. 37P00

Case below: 136 N.C.App. 781

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

## MOORE v. CITY OF RALEIGH

No. 548P99

Case below: 135 N.C.App. 332

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

## NAPIER v. NAPIER

No. 543P99

Case below: 135 N.C.App. 364

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.